# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

v.             **Case No: 6:17-cr-00260-PGB-DAB**

**IAN CHRISTOPHER WYATT,**

      **Defendant.**

_____/

## ORDER

This cause is before the Court on Defendant's Motion for Return of Property Under Rule 41(g) (Doc. 106 (the "**Motion**")). Plaintiff submitted a Response, opposing in part the Defendant's request (Doc. 108), and the Defendant filed a Reply. (Doc. 111). The United States Magistrate Judge has submitted a report (The "**Report**") recommending that Defendant's Motion be granted (Doc. 112), and the Government did not object to the Magistrate Judge's Report.

The Defendant seeks the return of the following devices seized by the Government:[1]

    1.    LG smartphone, serial no. 408KPYR287938 (Item 1);
    2.    Dell Venue 8 Protablet (Item 2);
    3.    Hard drive, serial no. WMAT11029309 (Item 3);
    4.    Hard drive, serial no. 5ND0VVR2 (Item 4);
    5.    Mario laptop, serial no. 51011309AAA00045 (Item 6); and
    6.    HP Compaq Presario CQ61, serial no. CNF9493J12 (Item 7).

---

[1] The Defendant agreed to forfeit a desktop computer and four hard drives used in connection with his offense of conviction. Those devices are not the subject of the Defendant's motion for return of property.

After an independent *de novo* review of the record in this matter, and nothing that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed July 26, 2022 (Doc. 112), is **ADOPTED** and **CONFIRMED** and made a part of this Order;

2. Defendant's Motion (Doc. 106) is **GRANTED**; and

3. The Government is **DIRECTED** to return the seized property (Items, 1, 2, 3, 4, 6 and 7 as listed above) to the Defendant's designee as designated in Defendant's reply (Doc. No. 111 at 2) within 14 days of the designee's request.[2] The Government shall obtain a signed receipt.

**DONE AND ORDERED** in Orlando, Florida on October 3, 2022.

_____
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[2] The Defendant's designee shall contact the Government to schedule a time to pick up the Items identified herein and shall sign a receipt for the Items.